# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JAMES MARIO PRIDGEN, | : | No. 168 MM 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| COURT OF COMMON PLEAS OF | : | |
| LANCASTER COUNTY, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 2nd day of January, 2019, the Application for Leave to File Original Process is GRANTED, and the Application to Proceed *In Forma Pauperis* and the Petition for Writ of Mandamus and/or Extraordinary Relief are DENIED.